**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE PENDING MOTIONS** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:12-cv-146 |
| Cahoon Enterprises, LLC, | ) | |
| | ) | |
| Defendant, | ) | |

Pursuant to the agreement of the parties reached during a telephone conference held on March 26, 2013, the court **ORDERS** as follows:

1. The parties shall submit any further responses or supplemental materials regarding the pending motions on or before May 1, 2013; and

2. The parties shall advise the court whether they request a hearing on the pending motions on or before May 1, 2013.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court