## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **SECOND ORDER EXTENDING** |
| | ) | **DEADLINE TO FILE** |
| vs. | ) | **SUPPLEMENTAL RESPONSES** |
| | ) | |
| Cahoon Enterprises, LLC, | ) | |
| | ) | Case No. 4:12-cv-146 |
| Defendant, | ) | |

The court **ORDERS** that the deadlines in this case are extended as follows:

1. The parties shall submit any further responses or supplemental materials regarding the pending motions on or before May 31, 2013; and

2. The parties shall advise the court whether they request a hearing on the pending motions on or before May 31, 2013.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court