# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Bakken Residential, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Cahoon Enterprises, LLC, )<br>)<br>Defendant. ) | **THIRD ORDER EXTENDING<br>DEADLINE TO FILE<br>SUPPLEMENTAL RESPONSES**<br><br>Case No. 4:12-cv-146 |

The court **ORDERS** that the deadlines in this case are extended as follows:

1. The parties shall submit any further responses or supplemental materials regarding the pending motions on or before June 30, 2013; and

2. The parties shall advise the court whether they request a hearing on the pending motions on or before June 30, 2013.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2013.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court