**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cahoon Enterprises, LLC, | ) | Case No. 4:12-cv-146 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on November 8, 2013, by telephone. Attorney Zachary Pelham appeared on plaintif's behalf. Attorney Peter Furuseth appeared on defendant's behalf.

Pursuant to the parties discussion, the court shall hold its rulings on all pending motions in this case (Docket Nos. 17, 18, 21, 22 and 23) until advised by the parties that they are ready for the court to proceed. In the interim, the court shall hold another status conference with the parties on January 24, 2014, at 10:00 a.m. via telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court