**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER HOLDING PENDING** |
| | ) | **MOTIONS IN ABEYANCE AND** |
| vs. | ) | **SETTING STATUS CONFERENCE** |
| | ) | |
| Cahoon Enterprises, LLC, | ) | |
| | ) | Case No. 4:12-cv-146 |
| Defendant, | ) | |

On January 24, 2014, the court held a telephonic status conference in the above-captioned case. Attorney Zachary E. Pelham appeared on plaintiff's behalf. Attorney Peter H. Furuseth appeared on defendant's behalf.

Pursuant to the parties' discussion, the court will continue to hold all pending motions (Docket Nos. 17, 18, 21, 22, and 23) in abeyance until the parties advise the court they are ready to proceed. The court will hold another telephonic status conference on March 28, 2014 at 10:00 a.m. The court will initiate the conference call.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2014

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court