# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cahoon Enterprises, LLC, | ) | Case No. 4:12-cv-146 |
| | ) | |
| Defendant. | ) | |

On August 12, 2014, the court held a telephonic status conference in the above-captioned case. Attorneys Zachary E. Pelham appeared on plaintiff's behalf. Attorney Peter H Furuseth appeared on defendant's behalf.

Pursuant to the parties' discussions, the court will continue to hold all pending motions in abeyance until advised by the parties that they are ready to proceed. The court shall hold another telephonic status conference with the parties on October 20, 2014, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court