# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cahoon, Enterprises, LLC, | ) | |
| | ) | Case No. 4:12-cv-146 |
| Defendant. | ) | |

On March 28, 2014, the court issued an order holding all pending motion in abeyance until the parties advised that they are ready to proceed. The court held a status conference with the parties on October 20, 2014. Pursuant to its discussion with the parties, the court shall take the pending motions under advisement. The final pretrial conference shall be rescheduled for March 16, 2015, at 1:30 p.m. by telephone. The court shall initiate the conference call. The trial shall be rescheduled for March 23, 2015, at 9:30 a.m. in Bismarck (Eagle Courtroom). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court