# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| Plaintiff, | ) | **ORDER CONTINUING TRIAL** |
| vs. | ) | |
| Cahoon Enterprises, LLC, | ) | Case No. 4:12-cv-146 |
| Defendant. | ) | |

On March 4, 2015, the court held a status conference by telephone with the parties. On March 6, 2015, the parties filed a stipulation in which they each waived their right to a jury trial in this matter and consented to a bench trial.

The court **ADOPTS** the parties' stipulation (Docket No. 55). In light of the parties stipulation and pursuant to their discussions with the court during the March 4 conference, the trial set for March 23, 2015, shall be re-noticed as a bench trial and rescheduled for June 2, 2015, at 9:00 a.m. at the U.S. Courthouse in Bismarck (Courtroom #2) before the undersigned. A four day trial is anticipated. The final pretrial conference set for March 16, 2015, is cancelled. In lieu of rescheduling the final pretrial conference, the parties shall e-mail the following documents to ndd_J-Miller@ndd.uscourts.gov by May 27, 2015: (1) an exhibit list for each party; (2) a witness list for each party; (3) reports of any experts that the parties may have retained.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2015.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court