**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bakken Residential, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE POST-TRIAL BRIEFS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cahoon Enterprises, LLC, | ) | Case No. 4:12-cv-146 |
| | ) | |
| Defendant. | ) | |

In lieu of closing arguments, the parties agreed to file post-trial briefs for court's consideration. Accordingly, the court **ORDERS**:

(1)     Plaintiff shall have until June 30, 2015, to file a brief addressing, inter alia, the Motion to Dismiss filed by defendant along with the issues outlined by the court prior to adjourning on June 3, 2015.

(2)     Defendant shall have until July 22, 2015, to file a response to plaintiff's brief.

(3)     Plaintiff shall have until July 31, 2015, to file a reply to defendant's response.

Dated this 3rd day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court